UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TANNER ANDREW SMITH and<br>CHELSEY ANN MURPHY,<br>     Defendants. | 2:22-CR-0045-TOR<br><br>Protective Order Regulating Disclosure of Discovery and Information Contained Therein |

  The United States of America, having applied to this Court for a protective order regulating disclosure of the discovery materials and the confidential information contained therein ("the Discovery") to counsel for the Defendants, and the Court finding good cause therefore, **IT IS HEREBY ORDERED**:

  1. The United States' Motion for Protective Order Regulating Disclosure of Discovery and Information (ECF No. 23) is **GRANTED**.

  2. The United States is authorized to disclose the discovery and confidential materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

  3. Counsel for the Defendants shall hold the discovery materials in confidence, disclosing this information to his or her client, office staff, investigators, and/or witnesses (including any experts) only to the extent he or she believes is necessary to assist in the defense of this matter.

PROTECTIVE ORDER - 1

2. Counsel for the Defendants shall advise any person to whom the discovery materials are disclosed that the information must be held in confidence and the recipient may not further disclose or disseminate the information without further order of the Court.

3. Discovery in this matter will be made available to defense counsel via access to a case file on USA File Exchange or through a diskette containing a copy of the discovery. If necessary to review discovery with his or her client, counsel for the Defendants may download the discovery and duplicate only once. Discovery materials may not be left in the possession of the Defendants. In order to provide discovery to a necessary third-party vendor, consultant, and/or anticipated fact or expert witness, defense counsel may duplicate the discovery only once. No other copies shall be made, by defense counsel or the Defendants, without prior approval from this Court.

4. Government personnel and counsel for the Defendants shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

DATED June 1, 2022.



THOMAS O. RICE
United States District Judge

PROTECTIVE ORDER - 2