# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 31, 2023

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Murphy, Chelsey Ann | Docket No. | 0980 2:22CR00045-TOR-2 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Chelsey Ann Murphy, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the Court at Spokane, Washington, on the 14th day of November 2022 (ECF No. 61), and on the 14th day of December 2022 (ECF No. 73), under the following conditions:

**Additional Condition #1:** Defendant shall reside at her mother's house and attend outpatient treatment at Sea Mar Puyallup Behavioral Health in Puyallup, Washington and abide by all rules and regulations of their facility and may not change residences without permission from Pretrial Services.

**Additional Condition #3:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance.  Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On or about December 8, 2022, the undersigned officer reviewed the conditions of pretrial release supervision (ECF No. 61) with Ms. Murphy.  Ms. Murphy acknowledged an understanding of the release conditions at that time.

Since her release from inpatient substance abuse treatment in December 2022, Ms. Murphy has resided in the Western District of Washington.  On or about December 28, 2022, Ms. Murphy met with a U.S. probation officer in the Western District of Washington for the purpose of an intake. At which time the release conditions were explained to Ms. Murphy.

**Violation #1:** Chelsey Ann Murphy is alleged to have violated the conditions of pretrial release supervision by failing to reside at her mother's house in Spanaway, Washington, since approximately January 5, 2023.

On December 28, 2022, the supervising U.S. probation officer (USPO) in the Western District of Washington met with Ms. Murphy for an intake.  During that meeting, Ms. Murphy acknowledged she was residing with her mother in Spanaway, Washington. Ms. Murphy advised the supervising USPO that she would "eventually" like to move out of her mother's home and find her own residence.

On January 5, 2023, the supervising USPO conducted a home assessment.  Upon initial contact, Ms. Murphy was not present.  The supervising USPO spoke to her mother for an extended amount of time before Ms. Murphy arrived at the home and the assessment could be completed.

On January 27, 2023, the supervising USPO spoke with Ms. Murphy's mother.  Her mother confirmed Ms. Murphy had been "MIA" (missing in action) since before the holidays.  Her mother reportedly last saw  Ms. Murphy on January 5, 2023.  Ms. Murphy's mother stated she had been staying with various friends, but her whereabouts are unknown.

Ms. Murphy did not obtain permission from the supervising USPO to change her residence. Currently, Ms. Murphy's whereabouts are unknown.

Re: Murphy, Chelsey Ann
January 31, 2023
Page 2

**Violation #2:** Chelsey Ann Murphy is alleged to have violated the conditions of pretrial release supervision by failing to attend recommended outpatient substance abuse treatment at SeaMar Puyallup Behavioral Health.

Ms. Murphy was scheduled to attend an appointment at SeaMar Puyallup Behavioral Health (SeaMar) on January 10, 2023, to enroll into outpatient substance abuse treatment services. She failed to attend this appointment and has yet to enroll into substance abuse treatment services at SeaMar.

**Violation #3:** Chelsey Ann Murphy is alleged to have violated the conditions of pretrial release supervision by failing to submit to a random urinalysis on January 5, 10, 11, and 25, 2023.

On December 28, 2022, the supervising U.S. probation officer (USPO) in the Western District of Washington referred Ms. Murphy to that district's urinalysis drug testing program.

Ms. Murphy failed to report for random substance abuse testing on January 5, 10, and 25, 2023.

It should be noted that on January 10, 2023, Ms. Murphy reported to the supervising USPO that she missed her random drug test due to being in a car accident on that date. The supervising USPO instructed Ms. Murphy to submit to drug testing on January 11, 2023. Subsequently, Ms. Murphy failed to report for substance abuse testing on January 11, 2023.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 31, 2023

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

1/31/23
Date