CARL J. ORESKOVICH, WSBA #12779
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509)747-9100
(509)623-1439 Fax
Email: carl@ettermcmahon.com

*Attorney for Defendant Chelsey Ann Murphy*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHELSEY ANN MURPHY,<br><br>    Defendant. | No.   2:22-CR-00045-TOR<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>Sentencing Hearing:<br><br>August 3, 2023 at 9:30 a.m. |

COMES NOW, Defendant Chelsey Ann Murphy, by and through her attorney of record, Carl J. Oreskovich of Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C., and hereby respectfully submits the following Sentencing Memorandum.

The Defendant is a 32-year-old, single mother of two children, ages 11 and 10 respectively.  She obtained a GED certificate in 2010 and holds a Certified

Defendant's Sentencing Memorandum - Page 1

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

Nursing Certificate. She is unemployed and has not seen her children for many months due to her incarceration.

The Defendant takes no issue with the offense conduct set forth in the presentence investigation. She readily admits her involvement in the offenses and importantly admits her long standing battle with methamphetamine addiction. At sentencing, she will advise the Court that her participation in the offenses was for the purpose of obtaining funds to satisfy her drug addiction.

The Defendant's base offense level is 6, she has no criminal history points, and a sentencing range of 0 to 6 months. Notably, the Defendant has already served nearly eleven months incarceration, plus one month in inpatient drug treatment. She was originally arrested on August 12, 2022, and released to inpatient treatment on November 15, 2022. On December 14, 2022, the Court allowed the Defendant to reside at her family home pending trial. The Defendant violated the conditions of her release by failing to reside at her mother's residence and failing to submit to several random urine analysis. The reason for her violation was simply her relapse with methamphetamine use and addiction. She was arrested again on February 13, 2023, and has been continuously incarcerated until the date of sentencing on August 3, 2023.

Defendant's Sentencing Memorandum - Page 2

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

The Defendant enjoys a good relationship with her mother and has a permanent residence available for her.  Unfortunately, she battles a significant methamphetamine addiction problem and requests that this Court impose the conditions recommended in the Presentence Investigation Report and impose substance abuse evaluation and treatment.  She is desirous of becoming clean and sober and knows that to be successful she must strictly adhere to a treatment plan and protocol.  The Defendant requests that the Court give her credit for the significant amount of jail time she has already served, which is nearly twice the high end of the sentencing range. She requests that the Court release her immediately after sentencing to reside at her mother's home and to begin Drug treatment anew.

RESPECTFULLY SUBMITTED this 20th day of July, 2023.

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: /s/ Carl J. Oreskovich
Carl J. Oreskovich, WSBA #12779
*Attorney for Chelsey Ann Murphy*

Defendant's Sentencing Memorandum - Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated herein, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

EXECUTED this 20th day of July, 2023 in Spokane, Washington.


By: /s/ Jodi Dineen
     Jodi Dineen

Defendant's Sentencing Memorandum - Page 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201  (509) 747-9100